IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Docket No. 1:21 MJ 100 TCB |
| v. | ) | CLASS A MISDEMEANOR |
| | ) | Trial Date: June 8, 2021 |
| | ) | Pentagon Case |
| JAMON KANEE MURPHY | ) | |

SENTENCING GUIDELINES STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate and agree that the

following sentencing guidelines are applicable in the above-referenced case:

| | |
|---|---|
| Base Offense Level (Marijuana) 2D2.1 | 4 |
| Acceptance of Responsibility 3E1.1 | -2 |
| Adjusted Base Offense Level | 2 |
| Criminal History Category (eleven points) | V |
| Applicable Guidelines Range | 0-6 months |

The defendant is aware that this stipulation is an estimate of the probable sentencing

range under the sentencing guidelines and is not binding on the Court.

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

_____/S/_____                By:        _____/S/_____
Dwight Crawley, Esq.                            Paul A. Embroski
Counsel for the Defendant                       Special Assistant U.S. Attorney