✎AO 245H   (Rev. 12/07) Judgment in a Criminal Case ~~for a Petty Offense~~ (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Virginia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (~~For a Petty Offense~~) — Short Form |
| Jamon Murphy | Case No.   1:21-mj-100 |
| | USM No.   N/A |
| | Dwight Crawley |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   <u>1 and 2</u>

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. 844 | Possession of Marijuana (Schedule I) | 03/06/2021 | 1 |
| 32 CFR 234.17(a) | Eluding the Police | 03/06/2021 | 2 |
| adopting VA Code | | | |
| 46.2-817 | | | |

☑ Count(s)   <u>3,4 and 5</u>   ☐ is   ☒ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court. **To be paid by August 20, 2021.**

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 25.00 as to Count 1 | $ 250.00 as to Count 1 |
| $ 550.00 | 25.00 as to Count 2 | 250.00 as to Count 2 |

Last Four Digits of Defendant's Soc. Sec. No.:   <u>2689</u>

Defendant's Year of Birth:   <u>1995</u>

City and State of Defendant's Residence:
Fredericksburg, Virginia

<u>05/20/2021</u>
Date of Imposition of Judgment

Signature of Judge

Theresa Carroll Buchanan, U.S. Magistrate Judge
Name and Title of Judge

<u>05/25/2021</u>
Date